

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00824-CR

Jo Anne **PAEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-23-0761
Honorable Kirsten Legore, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 24, 2025.

_____
Rebeca C. Martinez, Chief Justice